UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-01403 (MJD/DJF)

| | |
|---|---|
| Kao Y., <br><br> Petitioner, <br><br> v. <br><br> Kristi Noem, et al., <br><br> Respondents. | **AMENDED ORDER DENYING MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION** |

This matter is before the Court on Respondents' motion for a three-day extension of time to respond to the petition in this case. [Doc. 5.] Petitioner opposes the motion. [Doc. 6.]

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion for Extension of Time to Respond to Petition **[Doc. 5]** is **DENIED**.

Date: February 16, 2026

s/ Michael J. Davis
Michael J. Davis
United States District Court