# UNITED STATES DISTRICT COURT
## District of Minnesota

Kao Yang,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01403-MJD-DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Petitioner Kao Y.'s Petition for Writ of Habeas Corpus [Doc. 1] is GRANTED as follows:
a. Respondents are ordered to immediately arrange for release of Petitioner into Minnesota at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel;
b. Respondents are ordered to immediately return all of Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken, such as a driver's license, immigration papers, passports, cell phones, and keys; and
c. Respondents are enjoined from imposing any conditions on Petitioner's release other than the conditions in his preexisting Order of Supervision.
2. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order.
3. Any motion for attorney fees and costs pursuant to the Equal Access to Justice Act must be filed within 21 days of entry of judgment in this matter, along with a well-reasoned memorandum of authorities explaining why an award of fees and costs is warranted.

Date: 2/26/2026

KATE M. FOGARTY, CLERK