UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kao Y., <br>    Petitioner, <br><br> v. <br><br> Kristi Noem, et al., <br>    Respondents. | ORDER DISMISSING WRIT <br> OF HABEAS CORPUS <br><br> Civil File No. 26-1403 (MJD/DJF) |

Daniel P. Suitor, Daniel P. Suitor, PLLC, Counsel for Petitioner.

David W. Fuller, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On February 26, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately arrange for the release of Petitioner and to return his personal property. [Doc. 13.] On March 3, 2026, Respondents informed the Court that Petitioner had been released from detention on February 27, 2026 and that Petitioner's personal property had been released to his friends or family prior to his release from detention. [Doc. 15.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Kao Y.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 9, 2026         s/Michael J. Davis
                   Michael J. Davis
                   United States District Court