# UNITED STATES DISTRICT COURT

## District of Minnesota

Kao Yang,

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1403 MJD/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Petitioner Kao Y.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 3/9/2026

KATE M. FOGARTY, CLERK